UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP - 5 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 24CR0123-JAH |
| vs. | JUDGMENT OF DISMISSAL |
| Jaime Taich-Cruz (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☒   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Indictment:

Count 1 – 21:841(a)(1), 846; 21:853 – Conspiracy to Distribute Controlled Substances; Criminal Forfeiture.
Count 3 – 21:841(a)(1); 18:2; 21:853 – Distribution of Controlled Substances; Aiding and Abetting; Criminal Forfeiture.

Dated: 9/5/2024

Hon. John A. Houston
United States District Judge